# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **BRITTANY MILLIRON,** | ) |
| **Plaintiff,** | ) Civil Action No. 3:23-CV-205-RGJ |
| v. | ) |
| **SHOE CARNIVAL, INC.,** | ) |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL

By agreement of the parties and pursuant to the Court's June 23, 2023 Order [DE 10], the Court having reviewed the record and being otherwise sufficiently advised, the Court hereby ORDERS that this civil action and all claims asserted herein by the Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs incurred herein.

**IT IS SO ORDERED** this 25th day of July, 2023.

July 26, 2023

_____
Rebecca Grady Jennings, District Judge
United States District Court

Have Seen and Agreed:

*Kurt A. Scharfenberfer* (w/ permission)
Kurt A. Scharfenberfer
The Scharfenberger Law Office
9000 Wessex Place, Suite 204
Louisville, KY 40222-5071
Phone: (513) 898-0050
kurt@scharfenberger-law.com

*Attorney for Plaintiff*

*Ryan M. Martin*
Ryan M. Martin (KBA #92619)
Trevor M. Nichols (KBA #98133)
Jackson Lewis P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Phone: (513) 898-0050
Fax: (513) 898-0051
Trevor.nichols@jacksonlewis.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of July, 2023, a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon the following:

Kurt A. Scharfenberfer
The Scharfenberger Law Office
9000 Wessex Place, Suite 204
Louisville, KY 40222-5071
Phone: (513) 898-0050
kurt@scharfenberger-law.com

*Attorney for Plaintiff*

                                                 */s/ Ryan M. Martin*
                                                 Ryan M. Martin

                                               *Attorney for Defendant*

4890-2947-6722, v. 1